NSK LTD. and NSK Corporation,
Plaintiffs–Appellees,

and

NTN Bearing Corporation of America,
NTN Corporation, American NTN
Bearing Manufacturing Corporation,
NTN Driveshaft, Inc., and NTN–Bower
Corporation, Plaintiffs–Appellants,

and

Koyo Seiko Co. Ltd. and Koyo
Corporation of U.S.A.,
Plaintiffs,

and

Nippon Pillow Block Sales Co., Ltd.
and FYH Bearing United USA,
Inc., Plaintiffs,

v.

UNITED STATES,

and

The Torrington Company (now known
as Timken U.S. Corporation),
Defendant–Appellee.

No. 02–1171.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 15, 2004.

Donald J. Unger, Principal Attorney, Kazumune V. Kano, Carolyn D. Amadon, William Joseph Murphy, of Counsel, Barnes, Richardson, Chicago, IL, Matthew P. Jaffe, Principal Attorney, Robert A. Lipstein, Grace W. Lawson, of Counsel, Crowell & Moring, Joseph A. Konizeski, of Counsel, Lipstein, Jaffe, Washington, DC, for Plaintiffs–Appellants.

Neil R. Ellis, Principal Attorney, Neil Charles Pratt, of Counsel, Sidley, Austin, Elizabeth C. Hafner, Principal Attorney, Powell, Goldstein, Washington, DC, for Plaintiffs–Appellees.

Terence P. Stewart, Principal Attorney, Wesley K. Caine, Lane S. Hurewitz, Geert Deprest, of Counsel, Stewart and Stewart, Washington, DC, for Defendant–Cross Appellant.

Michael D. Panzera, Principal Attorney, Lucius B. Lau, David M. Cohen, Ada E. Bosque, of Counsel, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of NTN Bearing Corporation of America et al.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted. All sides shall bear their own costs in 02–1171.